No. 82–1585. ASSOCIATED MILK PRODUCERS, INC. v. NATIONAL FARMERS' ORGANIZATION, INC., ET AL.; and

No. 82–1586.   MID-AMERICA DAIRYMEN, INC. *v.* NATIONAL FARMERS' ORGANIZATION, INC., ET AL.   C. A. 8th Cir.   Motion of National Milk Producers Federation for leave to file a brief as *amicus curiae* granted.   Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this motion and these petitions.   Reported below: 687 F. 2d 1173.